People of the State of Illinois, Plaintiff-Appellee, v. Phillip W. Reed (Impleaded), Defendant-Appellant.

Gen. Nos. 53,162, 53,354. (Consolidated.) (Abstract of Decision.)

First District, First Division.

December 8, 1969.

Gerald W. Getty, Public Defender of Cook County, of Chicago, for appellant; Edward V. Hanrahan, State's Attorney of Cook County, of Chicago, for appellee. Opinion by JUSTICE MURPHY. Not to be published in full.